UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL L. USHERY, JR., : | |
| : | |
| Plaintiff, : | Civ. No. 18-14431 (NLH) (AMD) |
| : | |
| v. : | MEMORANDUM OPINION |
| : | |
| MARK A. KIRBY, et al., : | |
| : | |
| Defendants. : | |

It appearing that:

1. Plaintiff Daniel L. Ushery, Jr. ("Plaintiff") filed a civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), and later filed an Amended Complaint. ECF Nos. 1, 2.

2. It appears that Plaintiff no longer resides at the address he provided with his Complaint and Amended Complaint, as correspondence sent from the Court to that address was refused and returned as "addressee unknown" and "not deliverable as addressed, unable to forward." See ECF No. 3 (Mail Returned as Undeliverable).

3. Plaintiff has not communicated with the Court regarding a change of address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's

address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

4. Based on Plaintiff's failure to update his address in compliance with Local Civil Rule 10.1, the Court will administratively terminate this matter. If Plaintiff updates his address and otherwise satisfies all appropriate Rules, the Court will re-open this action.

5. An appropriate order follows.


Dated: October 30, 2018      s/ Noel L. Hillman
At Camden, New Jersey     NOEL L. HILLMAN, U.S.D.J.