**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DANIEL L. USHERY, JR.,

    Plaintiff,

v.

MARK A. KIRBY, et al.,

    Defendants.

1:18-cv-14431 (NLH) (AMD)

**MEMORANDUM OPINION & ORDER**

**APPEARANCES**:

Daniel L. Ushery, Jr.
16214-032
FCC Allenwood USP
P.O. Box 3000
White Deer, PA 17887

    Plaintiff pro se

**HILLMAN, District Judge**

    WHEREAS, Plaintiff Daniel L. Ushery, Jr. filed a complaint on September 28, 2018 pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), see ECF No. 1; and

    WHEREAS, the Court administratively terminated the complaint on October 30, 2018 under Local Civil Rule 10.1 after mail sent to Plaintiff was returned as undeliverable, see ECF No. 4; and

    WHEREAS, Plaintiff wrote to the Court on March 19, 2020 and

"request[ed] that this matter be stricken from this Court docket and removed", see ECF No. 8,

THEREFORE, IT IS on this  1st  day of April  , 2020

ORDERED that the Clerk shall reopen this matter for purposes of entering this order; and it is further

ORDERED that the complaint is deemed withdrawn under Federal Rule of Civil Procedure 41(a)(1); and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail and mark this case closed.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |